IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

TONI J. DAVIS,

        Plaintiff,

    v.                                                                 Case No.: 3:15-cv-00334-wmc

ANDREW SAUL,
Commissioner of
Social Security,

        Defendant.

---

**ORDER GRANTING CONSENTED MOTION TO ALTER OR AMEND FEE AWARD DATED MAY 11, 2020**

---

Plaintiff has moved (Doc. #32) for an order altering or amending this Court's order awarding fees under 42 U.S.C. § 406(b), Doc. #31. Plaintiff requests that the Court instead deny the motion for fees under § 406(b), Doc. #26. The Commissioner has consented to the motion.

Plaintiff's motion is granted. The order dated May 11, 2020 is amended to read as follows: "The petition for fees under 42 U.S.C. § 406(b), Doc. #26, is DENIED at Plaintiff's request. *See* Doc. #32."

Dated: June 22, 2020

                                                        William M. Conley
                                                        United States District Judge